# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 99-2424
_____

Benjamin E. Schreiber,

      Appellant,

v.

Sheryl Currier; Julie Tonda Stanton,

      Appellees.

\*
\*
\*
\*
\*   Appeal from the United States
\*   District Court for the
\*   Southern District of Iowa.
\*
\*   **[UNPUBLISHED]**
\*

_____

Submitted: November 5, 1999
Filed: November 9, 1999
_____

Before BEAM, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.

Benjamin Schreiber appeals the district court's[1] grant of summary judgment dismissing his 42 U.S.C. § 1983 claim that two state court reporters failed to transcribe all portions of his criminal trial for purposes of his pending appeal to the Iowa Supreme Court. Having carefully reviewed the record, we agree with appellees that the facts

_____

[1]The HONORABLE R. E. LONGSTAFF, United States District Judge for the Southern District of Iowa.

alleged by Schreiber fail to establish a violation of his federally protected rights. Accordingly, we affirm.  <u>See</u> 8th Cir. Rule 47B.

A true copy.

Attest:

CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.